**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: VISTA MARKETING GROUP, LTD. | § | Case No. 12-83168 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 20, 2012. The undersigned trustee was appointed on August 12, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         6,338.88

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 8.74 |
| Bank service fees | 150.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 6,180.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/09/2015 and the deadline for filing governmental claims was 11/09/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,383.89.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,383.89, for a total compensation of $1,383.89.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/13/2017            By: /s/JAMES E. STEVENS
                                              Trustee, Bar No.: 3128256

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83168  
**Case Name:** VISTA MARKETING GROUP, LTD.

**Period Ending:** 11/13/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/05/14 (c)  
**§341(a) Meeting Date:** 03/13/14  
**Claims Bar Date:** 11/09/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Shell - 1021 S. Meridian Rd., Rockford, IL | 500,000.00 | 0.00 | | 0.00 | FA |
| 2  CornerMarket Shell - 5542 E. Riverside Blvd. | 3,000,000.00 | 0.00 | | 0.00 | FA |
| 3  CornerMarket Shell - 6874 Weaver Rd., Rockford | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 4  Land - 2379 Sandy Hollow, Rockford, IL | 10,000.00 | 0.00 | | 0.00 | FA |
| 5  Land - 2501 N. Main St., Rockford | 250,000.00 | 0.00 | | 0.00 | FA |
| 6  Land - 717 N. 1st Street, DeKalb | 10,000.00 | 0.00 | | 0.00 | FA |
| 7  Cash in store | 8,203.68 | 0.00 | | 0.00 | FA |
| 8  Account on Deposit - Associated Bank | 178,555.77 | 0.00 | | 0.00 | FA |
| 9  Security Deposit with Nicor, ComEd & Shell Oil | 250,545.00 | 0.00 | | 0.00 | FA |
| 10  Lincoln Life Insurance Policy | 3,199.00 | 0.00 | | 0.00 | FA |
| 11  A/R - 2 Shell Dealer Locations | 67,708.00 | 0.00 | | 0.00 | FA |
| 12  2007 Audi Q7 | 12,500.00 | 0.00 | | 0.00 | FA |
| 13  2008 Toyota Rav4 | 13,200.00 | 0.00 | | 0.00 | FA |
| 14  Office equipment | 8,500.00 | 0.00 | | 0.00 | FA |
| 15  Machinery attached to real property | 0.00 | 0.00 | | 0.00 | FA |
| 16  Fuel and Store Inventory | 253,033.00 | 0.00 | | 0.00 | FA |
| 17  Prudential Life  (u)      See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 18  Petroleum License - 6874 Weaver Road  (u)      See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 19  Self-Service Gasoline License - 5542 E. Riversid  (u)      See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 20  IL State Fire Marshal Underground Storage Tank  (u)      See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 21  Vending License - 5542 E. Riverside Blvd.  (u)      See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 22  Liquor Licenses - 6874 Weaver & 5542 Riverside  (u)      See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 23  Liquor License - 6874 Weaver & 5542 Riverside  (u) | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83168  
**Case Name:** VISTA MARKETING GROUP, LTD.  
**Period Ending:** 11/13/17  

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/05/14 (c)  
**§341(a) Meeting Date:** 03/13/14  
**Claims Bar Date:** 11/09/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | See Amended Schedule B filed 10/2/12. |  |  |  |  |  |
| 24 | Lottery License - 6874 Weaver & 5542 Riverside (u)<br>See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 |  | 0.00 | FA |
| 25 | Food Service Permit - 6874 Weaver & 5542 Riversi (u)<br>See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 |  | 0.00 | FA |
| 26 | Principal Stock (PFG) 551 Shares (u)<br>See Amended Schedule B filed 9/24/13. | 23,164.04 | 0.00 |  | 0.00 | FA |
| 27 | PMMIC Insurance - 6,897 Shares (u)<br>See Order Granting Sale of Stock entered September 7, 2016. See Order Abandon Stock entered August 25, 2017. | 0.00 | 19,035.72 | OA | 6,338.88 | FA |
| 27 | **Assets   Totals** (Excluding unknown values) | **$6,588,608.49** | **$19,035.72** |  | **$6,338.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 31, 2016      **Current Projected Date Of Final Report (TFR):**   November 9, 2017 (Actual)

Printed: 11/13/2017 03:29 PM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-83168  
**Case Name:** VISTA MARKETING GROUP, LTD.  
**Taxpayer ID #:** **-***1292  
**Period Ending:** 11/13/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $4,396,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/15/16 | {27} | PMMIC INSURANCE | proceeds sale of stock | 1229-000 | 6,338.88 | | 6,338.88 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,328.88 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,318.88 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,308.88 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,298.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,288.88 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,278.88 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,268.88 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,258.88 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,248.88 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,238.88 |
| 06/05/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #12-83168, Bond#016018067 | 2300-000 | | 8.74 | 6,230.14 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,220.14 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,210.14 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,200.14 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,190.14 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,180.14 |
| | | | ACCOUNT TOTALS | | 6,338.88 | 158.74 | $6,180.14 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,338.88 | 158.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,338.88 | $158.74 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8266** | 6,338.88 | 158.74 | 6,180.14 |
| | $6,338.88 | $158.74 | $6,180.14 |

{} Asset reference(s)

Printed: 11/13/2017 03:29 PM    V.13.30

Printed: 11/13/17 03:29 PM                            **Exhibit C**                                 Page: 1

### Case:  12-83168    VISTA MARKETING GROUP, LTD.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Secured Claims:**

| 2 | 09/12/12 | 100 | U S Small Business Administration<br>c/o Mary Cvengros<br>500 W. Madison St., #1150<br>Chicago, IL 60661<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>See Amended Claim No. 2-2 filed 9/12/12. | 309,580.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 -2 | 09/12/12 | 100 | U S Small Business Administration<br>c/o Mary Cvengros<br>500 W. Madison St., #1150<br>Chicago, IL 60661<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>See Amended Claim No. 2-3 filed 9/12/12. | 309,580.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 -3 | 09/12/12 | 100 | U S Small Business Administration<br>c/o Mary Cvengros<br>500 W. Madison St., #1150<br>Chicago, IL 60661<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 2-3 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 309,580.31 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 11 | 01/03/13 | 100 | S. Kinnie Smith Jr<br>George P. Hampilos<br>308 West State Street #210<br>Rockford, IL 61101<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 11 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 75,000.00 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 12 | 01/03/13 | 100 | N.L. Stevens III<br>George P. Hampilos<br>308 West State Street #210<br>Rockford, IL 61101<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 12 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 75,000.00 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 13S | 02/04/13 | 100 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 13S is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 440,278.18 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 15 | 05/01/13 | 100 | State of Illinois-Illinois Attorney General<br>500 S. Second St.,<br>Springfield, IL 62706<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 15 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 61,741.88 | 0.00 * | 0.00 | 0.00 | 0.00 |

(*) Denotes objection to Amount Filed

Printed: 11/13/17 03:29 PM                     **Exhibit C**                                    Page: 2

### Case: 12-83168   VISTA MARKETING GROUP, LTD.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 16S | 05/01/13 | 100 | BMO Harris Bank, N.A. f/k/a Harris N.A.<br>c/o Matthew M. Hevrin<br>Hinshaw & Culbertson LLP,100 Park Avenue<br>Rockford, IL 61101<br>&lt;4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt;<br>Claim No. 16S is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 313,950.46 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 20 | 11/02/15 | 100 | DeKalb County Collector<br>110 E Sycamore St<br>Sycamore, IL 60178<br>&lt;4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt;<br>Claim No. 20 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 8,265.24 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$1,902,976.69** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$1,902,976.69** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**Admin Ch. 7 Claims:**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| | 02/05/14 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00  Attorney for Trustee Fees (Trustee Firm)&gt; | 4,012.50 | 4,012.50 | 0.00 | 4,012.50 | 4,012.50 |
| | 02/05/14 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3120-00  Attorney for Trustee Expenses (Trustee Firm)&gt;<br>Registered Mail Fee to PMMIC (6/10/16) | 15.55 | 15.55 | 0.00 | 15.55 | 15.55 |
| | 02/05/14 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;2100-00  Trustee Compensation&gt; | 1,383.89 | 1,383.89 | 0.00 | 1,383.89 | 1,383.89 |
| | | | **Total for Priority 200:   100% Paid** | **$5,411.94** | **$5,411.94** | **$0.00** | **$5,411.94** | **$5,411.94** |
| | 02/05/14 | 201 | Attorney Thomas E. Laughlin<br>3400 North Rockton Avenue<br>Rockford, IL 61103<br>&lt;3991-00  Other Professional Fees&gt;<br>See Order for Payment of Administrative Expenses Incurred in the Chapter 11 Case prior to Conversion to Chapter 7 Case entered September 22, 2015. | 16,259.00 | 16,259.00 | 0.00 | 16,259.00 | 768.20 |
| | | | **Priority 201:   4.72477% Paid** | | | | | |
| | | | **Total for Admin Ch. 7 Claims:** | **$21,670.94** | **$21,670.94** | **$0.00** | **$21,670.94** | **$6,180.14** |

(*) Denotes objection to Amount Filed

Printed: 11/13/17 03:29 PM　　　　　　　　　　　**Exhibit C**　　　　　　　　　　　Page: 3

## Case: 12-83168　　VISTA MARKETING GROUP, LTD.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Priority Claims:** | | | | | | | | |
| 13P | 02/04/13 | 570 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><5800-00   Claims of Governmental Units> | 242,142.20 | 242,142.20 | 0.00 | 242,142.20 | 0.00 |
| 14P | 04/09/13 | 570 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><5800-00   Claims of Governmental Units> | 887,326.70 | 887,326.70 | 0.00 | 887,326.70 | 0.00 |
| 18 | 03/20/14 | 570 | Office of the United States Trustee<br>780 Regent St., Suite 304<br>Madison, WI 53715<br><5800-00   Claims of Governmental Units> | 13,330.34 | 13,330.34 | 0.00 | 13,330.34 | 0.00 |
| | | | **Total for Priority 570:    0% Paid** | **$1,142,799.24** | **$1,142,799.24** | **$0.00** | **$1,142,799.24** | **$0.00** |
| | | | **Total for Priority Claims:** | **$1,142,799.24** | **$1,142,799.24** | **$0.00** | **$1,142,799.24** | **$0.00** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 09/07/12 | 610 | Rock River Water Reclamation District<br>3501 Kishwaukee Street<br>Rockford, IL 61109<br><7100-00   General Unsecured § 726(a)(2)> | 2,498.71 | 2,498.71 | 0.00 | 2,498.71 | 0.00 |
| 3 | 09/13/12 | 610 | WilliamsMcCarthy, LLP<br>c/o Thomas P. Sandquist<br>P.O. Box 219<br>Rockford, IL 61105-0219<br><7100-00   General Unsecured § 726(a)(2)> | 15,561.79 | 15,561.79 | 0.00 | 15,561.79 | 0.00 |
| 4 | 09/14/12 | 610 | SUPREME, LTD.<br>435 E NORTH AVE<br>STREAMWOOD, IL 60107<br><7100-00   General Unsecured § 726(a)(2)> | 1,905.79 | 1,905.79 | 0.00 | 1,905.79 | 0.00 |
| 5 | 09/21/12 | 610 | Rock River Water Reclamation District<br>3501 Kishwaukee Street<br>Rockford, IL 61109<br><7100-00   General Unsecured § 726(a)(2)> | 3,536.29 | 3,536.29 | 0.00 | 3,536.29 | 0.00 |
| 6 | 09/25/12 | 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)><br>See Amended Claim No. 6-2 filed 12/17/12. | 4,299.35 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 -2 | 09/25/12 | 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)><br>Amended Claim No. 6-2 filed 12/17/12. | 2,570.58 | 2,570.58 | 0.00 | 2,570.58 | 0.00 |

Printed: 11/13/17 03:29 PM                    **Exhibit C**                              Page: 4

### Case: 12-83168   VISTA MARKETING GROUP, LTD.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 10/16/12 | 610 | Earthlink/One Communication<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>See Amended Claim No. 7-2 filed 3/14/13. | 1,434.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 -2 | 10/16/12 | 610 | Earthlink/One Communication<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Amended Claim No. 7-2 filed 3/14/13. | 578.45 | 578.45 | 0.00 | 578.45 | 0.00 |
| 8 | 10/25/12 | 610 | Lobdell Transportation Inc.<br>POB 604<br>Lena, IL 61048<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 673.30 | 673.30 | 0.00 | 673.30 | 0.00 |
| 9 | 11/16/12 | 610 | Klemm Tank Line, LLC<br>4366 Mt. Pleasant St. N.W.<br>North Canton, OH 44720<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 39,987.24 | 39,987.24 | 0.00 | 39,987.24 | 0.00 |
| 10 | 01/02/13 | 610 | ComEd Company<br>3 Lincoln Center<br>Attn: Claims Department<br>Oak Brook, IL 60181<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 20,438.42 | 20,438.42 | 0.00 | 20,438.42 | 0.00 |
| 13U | 02/04/13 | 610 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 24,689.22 | 24,689.22 | 0.00 | 24,689.22 | 0.00 |
| 14U | 04/09/13 | 610 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 102,308.61 | 102,308.61 | 0.00 | 102,308.61 | 0.00 |
| 16U | 05/01/13 | 610 | BMO Harris Bank, N.A. f/k/a Harris N.A.<br>c/o Matthew M. Hevrin<br>Hinshaw & Culbertson LLP,100 Park Avenue<br>Rockford, IL 61101<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,344,743.39 | 2,344,743.39 | 0.00 | 2,344,743.39 | 0.00 |
| 17 | 02/12/14 | 610 | ComEd Company<br>3 Lincoln Center<br>Attn: Claims Department<br>Oak Brook, IL 60181<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 29,284.90 | 29,284.90 | 0.00 | 29,284.90 | 0.00 |

Printed: 11/13/17 03:29 PM  **Exhibit C**  Page: 5

**Case: 12-83168   VISTA MARKETING GROUP, LTD.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 19 | 09/17/15 | 610 | Nicor Gas<br>P.O. Box 549<br>Aurora, IL 60507<br><7100-00   General Unsecured § 726(a)(2)> | 113.15 | 113.15 | 0.00 | 113.15 | 0.00 |
| 21 | 11/09/15 | 610 | Market Dimensions, Inc.<br>5919 Springcreek Road<br>Rockford, IL 61114<br><7100-00   General Unsecured § 726(a)(2)> | 875.80 | 875.80 | 0.00 | 875.80 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | **$2,595,499.62** | **$2,589,765.64** | **$0.00** | **$2,589,765.64** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$2,595,499.62** | **$2,589,765.64** | **$0.00** | **$2,589,765.64** | **$0.00** |
| | | | **Total for Case :** | **$5,662,946.49** | **$3,754,235.82** | **$0.00** | **$3,754,235.82** | **$6,180.14** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-83168
Case Name: VISTA MARKETING GROUP, LTD.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 6,180.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | U S Small Business Administration | 309,580.31 | 0.00 | 0.00 | 0.00 |
| 2 -2 | U S Small Business Administration | 309,580.31 | 0.00 | 0.00 | 0.00 |
| 2 -3 | U S Small Business Administration | 309,580.31 | 0.00 | 0.00 | 0.00 |
| 11 | S. Kinnie Smith Jr | 75,000.00 | 0.00 | 0.00 | 0.00 |
| 12 | N.L. Stevens III | 75,000.00 | 0.00 | 0.00 | 0.00 |
| 13S | Illinois Department of Revenue | 440,278.18 | 0.00 | 0.00 | 0.00 |
| 15 | State of Illinois-Illinois Attorney General | 61,741.88 | 0.00 | 0.00 | 0.00 |
| 16S | BMO Harris Bank, N.A. f/k/a Harris N.A. | 313,950.46 | 0.00 | 0.00 | 0.00 |
| 20 | DeKalb County Collector | 8,265.24 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,180.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,383.89 | 0.00 | 1,383.89 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 4,012.50 | 0.00 | 4,012.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 15.55 | 0.00 | 15.55 |
| Other Fees: Attorney Thomas E. Laughlin | 16,259.00 | 0.00 | 768.20 |

Total to be paid for chapter 7 administration expenses: $ 6,180.14
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,142,799.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13P | Illinois Department of Revenue | 242,142.20 | 0.00 | 0.00 |
| 14P | Illinois Department of Revenue | 887,326.70 | 0.00 | 0.00 |
| 18 | Office of the United States Trustee | 13,330.34 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,589,765.64 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rock River Water Reclamation District | 2,498.71 | 0.00 | 0.00 |
| 3 | WilliamsMcCarthy, LLP | 15,561.79 | 0.00 | 0.00 |
| 4 | SUPREME, LTD. | 1,905.79 | 0.00 | 0.00 |
| 5 | Rock River Water Reclamation District | 3,536.29 | 0.00 | 0.00 |
| 6 | American Express Bank, FSB | 0.00 | 0.00 | 0.00 |
| 6 -2 | American Express Bank, FSB | 2,570.58 | 0.00 | 0.00 |
| 7 | Earthlink/One Communication | 0.00 | 0.00 | 0.00 |
| 7 -2 | Earthlink/One Communication | 578.45 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Lobdell Transportation Inc. | 673.30 | 0.00 | 0.00 |
| 9 | Klemm Tank Line, LLC | 39,987.24 | 0.00 | 0.00 |
| 10 | ComEd Company | 20,438.42 | 0.00 | 0.00 |
| 13U | Illinois Department of Revenue | 24,689.22 | 0.00 | 0.00 |
| 14U | Illinois Department of Revenue | 102,308.61 | 0.00 | 0.00 |
| 16U | BMO Harris Bank, N.A. f/k/a Harris N.A. | 2,344,743.39 | 0.00 | 0.00 |
| 17 | ComEd Company | 29,284.90 | 0.00 | 0.00 |
| 19 | Nicor Gas | 113.15 | 0.00 | 0.00 |
| 21 | Market Dimensions, Inc. | 875.80 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $           0.00
Remaining balance:                                      $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:   $           0.00
Remaining balance:                                     $           0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $           0.00
Remaining balance:                        $           0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**