UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                              )
                                                    )
**VISTA MARKETING GROUP, LTD.**                     )   Bankruptcy Case No. 12-83168 TML
                                                    )   Chapter 7
                                                    )
Debtor(s).                                          )

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 13, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

VISTA MARKETING GROUP, LTD.
POB 6206
ROCKFORD, IL 61125-1206

THOMAS E. LAUGHLIN
3400 North Rockton Avenue
Rockford, IL 61103
*(Via ECF Notification Only)*

Rock River Water Reclamation District
3501 Kishwaukee Street
Rockford, IL 61109

U S Small Business Administration
c/o Mary Cvengros
500 W. Madison St., #1150
Chicago, IL 60661

WilliamsMcCarthy, LLP
c/o Thomas P. Sandquist
P.O. Box 219
Rockford, IL 61105-0219

SUPREME, LTD.
435 E NORTH AVE
STREAMWOOD, IL 60107

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Earthlink/One Communication
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094

Lobdell Transportation Inc.
POB 604
Lena, IL 61048

Klemm Tank Line, LLC
4366 Mt. Pleasant St. N.W.
North Canton, OH 44720

ComEd Company
3 Lincoln Center
Attn: Claims Department
Oak Brook, IL 60181

S. Kinnie Smith Jr
George P. Hampilos
308 West State Street #210
Rockford, IL 61101

N.L. Stevens III
George P. Hampilos
308 West State Street #210
Rockford, IL 61101

Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338

State of Illinois-Illinois Attorney General
500 S. Second St.,
Springfield, IL 62706

BMO Harris Bank, N.A. f/k/a Harris N.A.
c/o Matthew M. Hevrin
Hinshaw & Culbertson LLP,100 Park Avenue
Rockford, IL 61101

ComEd Company
3 Lincoln Center
Attn: Claims Department
Oak Brook, IL 60181

Office of the United States Trustee
780 Regent St., Suite 304
Madison, WI 53715

Nicor Gas
P.O. Box 549
Aurora, IL 60507

DeKalb County Collector
110 E Sycamore St
Sycamore, IL 60178

Market Dimensions, Inc.
5919 Spring Creek Road
Rockford, IL 61114

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com