# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: VISTA MARKETING GROUP, LTD. | § | Case No. 12-83168 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $6,588,608.49
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $0.00

Claims Discharged
Without Payment: $31,427,114.84

Total Expenses of Administration: $6,338.88

3) Total gross receipts of $ 6,338.88 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $6,338.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,902,976.69 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,829.68 | 21,829.68 | 6,338.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 28,515,243.25 | 1,142,799.24 | 1,142,799.24 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 901,505.24 | 2,595,499.62 | 2,589,765.64 | 0.00 |
| **TOTAL DISBURSEMENTS** | $29,416,748.49 | $5,663,105.23 | $3,754,394.56 | $6,338.88 |

4)  This case was originally filed under Chapter 7 on August 20, 2012. The case was pending for 48 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2018                  By: /s/JAMES E. STEVENS
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PMMIC Insurance - 6,897 Shares | 1229-000 | 6,338.88 |
| **TOTAL GROSS RECEIPTS** | | $6,338.88 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | U S Small Business Administration | 4210-000 | N/A | 309,580.31 | 0.00 | 0.00 |
| 2 -2 | U S Small Business Administration | 4210-000 | N/A | 309,580.31 | 0.00 | 0.00 |
| 2 -3 | U S Small Business Administration | 4210-000 | N/A | 309,580.31 | 0.00 | 0.00 |
| 11 | S. Kinnie Smith Jr | 4210-000 | N/A | 75,000.00 | 0.00 | 0.00 |
| 12 | N.L. Stevens III | 4210-000 | N/A | 75,000.00 | 0.00 | 0.00 |
| 13S | Illinois Department of Revenue | 4210-000 | N/A | 440,278.18 | 0.00 | 0.00 |
| 15 | State of Illinois-Illinois Attorney General | 4210-000 | N/A | 61,741.88 | 0.00 | 0.00 |
| 16S | BMO Harris Bank, N.A. f/k/a Harris N.A. | 4210-000 | N/A | 313,950.46 | 0.00 | 0.00 |
| 20 | DeKalb County Collector | 4210-000 | N/A | 8,265.24 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,902,976.69 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,383.89 | 1,383.89 | 1,383.89 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 4,012.50 | 4,012.50 | 4,012.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 15.55 | 15.55 | 15.55 |
| Other - Attorney Thomas E. Laughlin | 3991-000 | N/A | 16,259.00 | 16,259.00 | 768.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.74 | 8.74 | 8.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $21,829.68 | $21,829.68 | $6,338.88 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13P | Illinois Department of Revenue | 5800-000 | 745,094.00 | 242,142.20 | 242,142.20 | 0.00 |
| 14P | Illinois Department of Revenue | 5800-000 | 858,223.00 | 887,326.70 | 887,326.70 | 0.00 |
| 18 | Office of the United States Trustee | 5800-000 | N/A | 13,330.34 | 13,330.34 | 0.00 |
| NOTFILED | (blank name) | 5200-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Clerk | 5200-000 | 2,018.04 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 5200-000 | 41.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 5200-000 | 12.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 5200-000 | 72,422.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Trustee | 5200-000 | 2,599.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 5200-000 | 47.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 5200-000 | 7.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Clerk | 5200-000 | 7,878.94 | N/A | N/A | 0.00 |
| NOTFILED | Accouro N. 12-03-427-007 Winnebago County Clerk | 5200-000 | 85,903.38 | N/A | N/A | 0.00 |
| NOTFILED | MS Investment Group Inc | 5200-000 | 4,571,670.00 | N/A | N/A | 0.00 |
| NOTFILED | amehms Crc¦Jiiors Holding riorilyChui | 5200-000 | 16,774,916.00 | N/A | N/A | 0.00 |
| NOTFILED | Shtxinu cciinnation shceig Riluked CreAitirrs P dding | 5200-000 | 7.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOLIIii No. 08-14-352-003 Dekalb County Collector | 5200-000 | 5,611.76 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Clerk | 5200-000 | 1,248.88 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 5200-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | :Fier,...2._ ne corslialMi415 OICkii MrM1Icd | 5200-000 | 1,656,157.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Clerk | 5200-000 | 3,488,020.00 | N/A | N/A | 0.00 |
| NOTFILED | Real Tax Developers | 5200-000 | 87,560.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 5200-000 | 4,395.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 5200-000 | 151,410.25 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $28,515,243.25 | $1,142,799.24 | $1,142,799.24 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rock River Water Reclamation District | 7100-000 | N/A | 2,498.71 | 2,498.71 | 0.00 |
| 3 | WilliamsMcCarthy, LLP | 7100-000 | 10,230.73 | 15,561.79 | 15,561.79 | 0.00 |
| 4 | SUPREME, LTD. | 7100-000 | N/A | 1,905.79 | 1,905.79 | 0.00 |
| 5 | Rock River Water Reclamation District | 7100-000 | N/A | 3,536.29 | 3,536.29 | 0.00 |
| 6 | American Express Bank, FSB | 7100-000 | N/A | 4,299.35 | 0.00 | 0.00 |
| 6 -2 | American Express Bank, FSB | 7100-000 | N/A | 2,570.58 | 2,570.58 | 0.00 |
| 7 | Earthlink/One Communication | 7100-000 | N/A | 1,434.63 | 0.00 | 0.00 |
| 7 -2 | Earthlink/One Communication | 7100-000 | N/A | 578.45 | 578.45 | 0.00 |
| 8 | Lobdell Transportation Inc. | 7100-000 | N/A | 673.30 | 673.30 | 0.00 |
| 9 | Klemm Tank Line, LLC | 7100-000 | N/A | 39,987.24 | 39,987.24 | 0.00 |
| 10 | ComEd Company | 7100-000 | N/A | 20,438.42 | 20,438.42 | 0.00 |
| 13U | Illinois Department of Revenue | 7100-000 | N/A | 24,689.22 | 24,689.22 | 0.00 |
| 14U | Illinois Department of Revenue | 7100-000 | 107,775.00 | 102,308.61 | 102,308.61 | 0.00 |
| 16U | BMO Harris Bank, N.A. f/k/a Harris N.A. | 7100-000 | N/A | 2,344,743.39 | 2,344,743.39 | 0.00 |
| 17 | ComEd Company | 7100-000 | N/A | 29,284.90 | 29,284.90 | 0.00 |
| 19 | Nicor Gas | 7100-000 | N/A | 113.15 | 113.15 | 0.00 |
| 21 | Market Dimensions, Inc. | 7100-000 | 875.80 | 875.80 | 875.80 | 0.00 |
| NOTFILED | Shea no 7 or I5 whi imitation to Schedule of | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sheet na. .15r 5 cpatinumion to st.twule of Creditors | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Shea. no. I of i5 u:,ii,,, [Via," Ie. | 7100-000 | 94,935.59 | N/A | N/A | 0.00 |
| NOTFILED | sheet no. l 3 or /5 continuation sl to Schedule | 7100-000 | 14,393.17 | N/A | N/A | 0.00 |
| NOTFILED | Mid-City Office Products | 7100-000 | 116.25 | N/A | N/A | 0.00 |
| NOTFILED | Maocarb | 7100-000 | 538.87 | N/A | N/A | 0.00 |
| NOTFILED | Loves Park Water Dept | 7100-000 | 387.32 | N/A | N/A | 0.00 |
| NOTFILED | Meal | 7100-000 | 333.49 | N/A | N/A | 0.00 |
| NOTFILED | Swiss Maid Bakery | 7100-000 | 893.66 | N/A | N/A | 0.00 |
| NOTFILED | Xtreme El-LW-prises Inc. | 7100-000 | 1,955.84 | N/A | N/A | 0.00 |
| NOTFILED | Blue Rhin() Corp | 7100-000 | 2,148.00 | N/A | N/A | 0.00 |
| NOTFILED | LBS, Inc | 7100-000 | 891.84 | N/A | N/A | 0.00 |
| NOTFILED | SIPCD1. rt0. ©4 15 continuation SLIKdule or | 7100-000 | 12,987.57 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | The American Bottling Go. | 7100-000 | 5,941.30 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Shtxinu ccciinnation shceig Riluked CreAitirrs P dding | 7100-000 | 515,508.74 | N/A | N/A | 0.00 |
| NOTFILED | G&K Services | 7100-000 | 3,453.74 | N/A | N/A | 0.00 |
| NOTFILED | ACCOL.INT Wirtz Beverage | 7100-000 | 593.40 | N/A | N/A | 0.00 |
| NOTFILED | ACCOIJNT NO. Fire & Safety Equipment | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | AccoLINT No Taylor Freezer | 7100-000 | 412.22 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUFcr NO VEirizorl Wireless | 7100-000 | 20,780.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 7100-000 | 4.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUNT NC) Tyler Landscaping | 7100-000 | 5,449.41 | N/A | N/A | 0.00 |
| NOTFILED | Frito-Lay | 7100-000 | 2,394.50 | N/A | N/A | 0.00 |
| NOTFILED | Clifton Gunderson | 7100-000 | 11,025.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford | 7100-000 | 1,018.87 | N/A | N/A | 0.00 |
| NOTFILED | Hi-Tech KJ Rang | 7100-000 | 248.63 | N/A | N/A | 0.00 |
| NOTFILED | Chambers R. Owen | 7100-000 | 79,059.70 | N/A | N/A | 0.00 |
| NOTFILED | Accourli No Chicago Tribune | 7100-000 | 1,686.02 | N/A | N/A | 0.00 |
| NOTFILED | Accouter NO. United Fast Food &Beverage | 7100-000 | 1,696.58 | N/A | N/A | 0.00 |
| NOTFILED | Horowitz & Weinstein | 7100-000 | 3,355.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $901,505.24 | $2,595,499.62 | $2,589,765.64 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-83168 | Trustee:        (330420)    JAMES E. STEVENS |
| Case Name:      VISTA MARKETING GROUP, LTD. | Filed (f) or Converted (c):  02/05/14 (c) |
| | §341(a) Meeting Date:  03/13/14 |
| Period Ending: 02/14/18 | Claims Bar Date:  11/09/15 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Shell - 1021 S. Meridian Rd., Rockford, IL | 500,000.00 | 0.00 | | 0.00 | FA |
| 2 CornerMarket Shell - 5542 E. Riverside Blvd. | 3,000,000.00 | 0.00 | | 0.00 | FA |
| 3 CornerMarket Shell - 6874 Weaver Rd., Rockford | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 4 Land - 2379 Sandy Hollow, Rockford, IL | 10,000.00 | 0.00 | | 0.00 | FA |
| 5 Land - 2501 N. Main St., Rockford | 250,000.00 | 0.00 | | 0.00 | FA |
| 6 Land - 717 N. 1st Street, DeKalb | 10,000.00 | 0.00 | | 0.00 | FA |
| 7 Cash in store | 8,203.68 | 0.00 | | 0.00 | FA |
| 8 Account on Deposit - Associated Bank | 178,555.77 | 0.00 | | 0.00 | FA |
| 9 Security Deposit with Nicor, ComEd & Shell Oil | 250,545.00 | 0.00 | | 0.00 | FA |
| 10 Lincoln Life Insurance Policy | 3,199.00 | 0.00 | | 0.00 | FA |
| 11 A/R - 2 Shell Dealer Locations | 67,708.00 | 0.00 | | 0.00 | FA |
| 12 2007 Audi Q7 | 12,500.00 | 0.00 | | 0.00 | FA |
| 13 2008 Toyota Rav4 | 13,200.00 | 0.00 | | 0.00 | FA |
| 14 Office equipment | 8,500.00 | 0.00 | | 0.00 | FA |
| 15 Machinery attached to real property | 0.00 | 0.00 | | 0.00 | FA |
| 16 Fuel and Store Inventory | 253,033.00 | 0.00 | | 0.00 | FA |
| 17 Prudential Life (u) See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 18 Petroleum License - 6874 Weaver Road  (u) See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 19 Self-Service Gasoline License - 5542 E. Riversid (u) See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 20 IL State Fire Marshal Underground Storage Tank (u) See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 21 Vending License - 5542 E. Riverside Blvd. (u) See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 22 Liquor Licenses - 6874 Weaver & 5542 Riverside (u) See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 23 Liquor License - 6874 Weaver & 5542 Riverside  (u) | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-83168
Case Name: VISTA MARKETING GROUP, LTD.

Period Ending: 02/14/18

Trustee: (330420) JAMES E. STEVENS
Filed (f) or Converted (c): 02/05/14 (c)
§341(a) Meeting Date: 03/13/14
Claims Bar Date: 11/09/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | See Amended Schedule B filed 10/2/12. | | | | | |
| 24 | Lottery License - 6874 Weaver & 5542 Riverside (u)<br>See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Food Service Permit - 6874 Weaver & 5542 Riversi<br>(u)<br>See Amended Schedule B filed 10/2/12. | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Principal Stock (PFG) 551 Shares (u)<br>See Amended Schedule B filed 9/24/13. | 23,164.04 | 0.00 | | 0.00 | FA |
| 27 | PMMIC Insurance - 6,897 Shares (u)<br>See Order Granting Sale of Stock entered<br>September 7, 2016. See Order Abandon Stock<br>entered August 25, 2017. | 0.00 | 19,035.72 | OA | 6,338.88 | FA |
| 27 | **Assets    Totals** (Excluding unknown values) | **$6,588,608.49** | **$19,035.72** | | **$6,338.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    July 31, 2016

Current Projected Date Of Final Report (TFR):    November 9, 2017  (Actual)

Printed: 02/14/2018 12:49 PM    V.13.32

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 12-83168 | Trustee: JAMES E. STEVENS (330420) |
| Case Name: VISTA MARKETING GROUP, LTD. | Bank Name: Rabobank, N.A. |
| | Account: ******8266 - Checking Account |
| Taxpayer ID #: **-***1292 | Blanket Bond: $4,396,000.00 (per case limit) |
| Period Ending: 02/14/18 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/15/16 | {27} | PMMIC INSURANCE | proceeds sale of stock | 1229-000 | 6,338.88 | | 6,338.88 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,328.88 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,318.88 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,308.88 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,298.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,288.88 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,278.88 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,268.88 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,258.88 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,248.88 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,238.88 |
| 06/05/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #12-83168, Bond#016018067 | 2300-000 | | 8.74 | 6,230.14 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,220.14 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,210.14 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,200.14 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,190.14 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,180.14 |
| 01/03/18 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,383.89, Trustee Compensation; Reference: | 2100-000 | | 1,383.89 | 4,796.25 |
| 01/03/18 | 103 | Attorney Thomas E. Laughlin | Dividend paid 4.72% on $16,259.00, Other Professional Fees; Reference: | 3991-000 | | 768.20 | 4,028.05 |
| 01/03/18 | 104 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 4,028.05 | 0.00 |
| | | | Dividend paid 100.00%     4,012.50 on $4,012.50; Claim# ; Filed: $4,012.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%     15.55 on $15.55; Claim# ; Filed: $15.55 | 3120-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 6,338.88 | 6,338.88 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 6,338.88 | 6,338.88 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,338.88 | $6,338.88 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-83168 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | VISTA MARKETING GROUP, LTD. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***1292 | | Blanket Bond: | $4,396,000.00 (per case limit) |
| Period Ending: | 02/14/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******8266 | 6,338.88 | 6,338.88 | 0.00 |
| | $6,338.88 | $6,338.88 | $0.00 |